Brian C. Shapiro
Attorney at Law: #192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff JUANITA MORALES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANITA E. MORALES,<br><br>         Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:06-cv-0813 TAG<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

   IT IS HEREBY STIPULATED by and between Plaintiff JUANITA MORALES ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of three thousand two hundred ($3,200.00). This amount represents compensation for all legal services rendered by Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

   The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA and avoiding the expenses and risks of litigation. This stipulation

constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses.  This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  This stipulation does not settle, or compromise the question of whether Brian C. Shapiro may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence or presence of an express or implied assignment of such an award nor whether any such award is free from or subject to debts of Plaintiff, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.  Neither this agreement nor the substance herein shall, in full or in part, be quoted, cited or referred to in any document filed in any case but the present one and it shall not, in full or in part, be attached to any document filed in any case but the present one.  Payment of three thousand two hundred ($3,200.00) in EAJA attorney fees, costs, and expenses to Brian C. Shapiro shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

///

///

///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: November 2, 2007          Respectfully submitted,

                                    Law Offices of Lawrence D. Rohlfing

                                          /s/ *Brian C. Shapiro*
                           BY: _____
                                  Brian C. Shapiro
                                  Attorney for plaintiff
                                  JUANITA E. MORALES

DATE: November 1, 2007          McGREGOR W. SCOTT
                                  United States Attorney
                                  KRISTI C. KAPETAN
                                  Assistant United States Attorney

                                          /s/-*Mary P. Parnow*
                           BY: _____
                                  MARY P. PARNOW
                                  Special Assistant United States Attorney
                                  Attorneys for defendant MICHAEL J. ASTRUE

                                  Commissioner of Social Security

IT IS SO ORDERED.

Dated:   **November 2, 2007**                                        **/s/ Theresa A. Goldner**
                                                                                    UNITED STATES MAGISTRATE JUDGE